IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., <br> Plaintiff, <br><br> v. <br><br> JENNIFER CARBAJAL, individually, d/b/a EL BOTANERO RESTAURANT & BAR and d/b/a EL BOTANERO BAR & RESTAURANT, and <br><br> MARY CARBAJAL, individually, d/b/a EL BOTANERO RESTAURANT & BAR and d/b/a EL BOTANERO BAR & RESTAURANT, <br> Defendants. | § § § § § § § § § § § § § § § § § § § | No. 3:24-CV-01358-E |

**ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed amended findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 16th day of January, 2024.

Ada Brown
UNITED STATES DISTRICT JUDGE